RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 21 2024

KEVIN P. WEIMER, Clerk
By: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
ATLANTA DIVISON

| | |
|---|---|
| **James Brown**<br><br>   Plaintiff,<br><br>v.<br><br>**Officer Daniel Fast (In his official and individual compacity),**<br>**City of Atlanta Airport, Atlanta Police Department**<br><br>   Defendant. | Case No.:  |

## COMPLAINT

1. PLAINTIFF, appearing *pro se*, brings this complaint for damages against DEFENDANT and alleges as follows:

### STATEMENT OF JURISDICTION

2. Jurisdiction in this Court is proper because:

   -The events giving rise to this Complaint occurred within Northern Division and claims are Constitutional Violations in which Federal Courts have jurisdiction.

### FACTS ALLEGED

3. On November 20, 2024 Officer Daniel Fast along with another unnamed City of Atlanta Police Officer and Unnamed Atlanta Hartfield/Jackson Airport Personnel held plaintiff James Brown in a room located in Atlanta Airport, KIDNAPPED him and held him AGAINST HIS WILL restricting him from exiting, without given up his personal property under threat and the show of force by Officer Daniel Fast, Unnamed City of Atlanta Airport Personal and another Unnamed Atlanta Police Officer in violation of his Fourth Amendment Constitutional Right (Illegal search and seizures).

4. As seen on Officer Daniel Fast video camera he threatens to arrest plaintiff James Brown if he does not give Officer Daniel Fast his personal property including cell phone and work badge in violation of James Brown Fourth Amendment Rights which insures proper search and seizures.

5. Plaintiff James Brown asked Officer Daniel Fast what Georgia Code and Statue and Georgia Law he has violated; Officer Daniel Fast furthermore threaten to arrest and not allow him to leave holding James Brown for RANSOM physically preventing James Brown from leaving, while not charging James Brown for any crime committed in violation of O.C.G.A 16-4-40.

6. Officer Daniel Fast never charged plaintiff James Brown for any crime yet illegal took possession of James Brown personal property without a Warrant and under threat as Unnamed City of Atlanta Police Officer and Unnamed Atlanta Airport Personnel block the doorway forcing James Brown to give up his personal property.

7. Plaintiff James Brown again asked if he is being arrested and what law has he violated, Officer Daniel Fast said he (James Brown) is not being arrested but will be if his does not give up his cell phone and work badge again holding James Brown against his will for more than (30) minutes under threat and the show of force, while not charging James Brown for any crime.

8. As seen on Officer video camera three individuals Officer Daniel Fast, Unnamed Atlanta Police Officer and City of Atlanta Airport Personnel illegally took the possession of James Brown personal property without legal cause or warrant and without charging him with any crime and held him against his will in violation of his Fourth Amendment Rights.

9. Officer Daniel Fast, Unnamed Atlanta Police Officer and Unnamed Atlanta Airport Personnel was told on Police Video Camera the assumed SEXULITY of James Brown and used the assume sexuality of homosexual against him, taking his work badge, as an assumption since and if he is Homosexual than he must have committed alleged act and used it as a right to take his personal property illegally in violation of his Fourth and Fifth Amendment Rights, in violation of O.C.G.A 45-19-29, in violation of the 1964 Civil Rights Act and violation of The Equality Act and in violation of 42 U.S.C. § 1983.

10. Notice has been sent to the city in accord with local and federal rules.

## CLAIMS FOR RELIEF

### COUNT 1:
### Deprivation of Rights 42 U.S.C 1983

11. Plaintiff re-alleges and incorporates all prior allegations in this Complaint as if fully set forth here.

12. Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

13. OFFICER Daniel Fast, Unnamed Atlanta Police Officer and Unnamed Atlanta Airport Personnel went outside the law and Deprived James Brown of his Constitutional Rights when they held James Brown against his will under threat, illegally took possession of his personnel property and used his sexuality against him in violation of 42 U.S.C 1983.

14. Atlanta Police Officer gave alleged victim; James Brown work location leaving James Brown in potentially great danger of being attacked, depriving him of a safe place to work in violation of 42 U.S.C 1983.

15. Defendant's actions, as described above, have caused Plaintiff economic and emotional damages in amount of 60,000,000.

## COUNT 2:
### Illegal Search and Seizure

16. Plaintiff re-alleges and incorporates all prior allegations in this Complaint as if fully set forth here.

17. Under threat, by force and the show of force in violation of The Fourth Amendment Officer Daniel Fast with Unnamed Atlanta Police Officer and Atlanta Airport Personnel illegally search and seized James Brown personal property without cause or warrant, in violation of the Fourth Amendment which insures proper search and seizures.

18. The defendant's actions, as described above, have caused Plaintiff economic damage in the amount of 10,000,000 and non-economic damages in the amount of 60,000,000.

### PRAYER FOR RELIEF

19. WHEREFORE, Plaintiff requests the following relief:

    -A money award judgment entered against Defendant for $60,000,000.

    -An award of post-judgment interest on any money damages awarded at the current statutory rate.

-Plaintiff's reasonable costs and disbursements for bringing this action.

-Any and all other relief the Court deems just and reasonable under the circumstances.

20. Under penalties of perjury, I declare that I have read the foregoing, and the facts alleged therein are true and correct to the best of my knowledge and belief.

Respectfully submitted on: November 21, 2024

By: _____

James Brown
Brownjaj2619@gmail.com
404-759-0041
2621 Church St 308
East Point, Ga 30344

## CERTIFICATION OF SERVICE

This to certify that a true a correct copy has been sent to the City of Atlanta Mayors Office, President of Atlanta City Council, Risk Management for the City of Atlanta via USPS certified mail in accord with Federal Rules on proper service.

55 Trinity Avenue SW
Suite 2400
Atlanta, Ga 30303

55 Trinity Avenue SW
Suite 2900
Atlanta, Ga 30303

55 Trinity Avenue
Suite G700
Atlanta, Ga 30303

James Brown
Brownjaj2619@gmail.com
404-759-0041
2621 Church St 308
East Point, Ga 30344

**COMPLAINT**, page 6 of 6